IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-379-ECM |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On May 21, 2025, the Court declared Plaintiff Gregory Kelly ("Kelly") a vexatious litigant "as a consequence of Kelly's vexatious filing of shotgun pleadings" and further ordered that "in the event Kelly files a shotgun pleading in the future, after appropriate review, the Court will summarily dismiss the pleading and action without prejudice." (Doc. 52 at 2 in *Kelly v. Montgomery Water Works & Sanitary Sewer Bd.*, 2:24-cv-348-RAH-JTA (M.D. Ala.)). On July 3, 2025, the Magistrate Judge entered a Recommendation that Kelly's complaint in this case be summarily dismissed because it is a shotgun pleading. (Doc. 12). No timely objections have been filed.[1] Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

---

[1] After the Recommendation was entered, Kelly filed various motions (docs. 19, 21), which do not address the Recommendation. To the extent Kelly intended for the motions to operate as objections to the Recommendation, they are insufficiently specific to trigger *de novo* review. *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988) ("Whenever any party files a timely and specific objection to a finding of fact by a magistrate [judge], the district court has an obligation to conduct a *de novo* review of the record with respect to that factual issue."). The Court discerns no error—let alone clear error—in the Magistrate Judge's Recommendation. Consequently, Kelly's construed objections are due to be and are overruled.

1.      The Recommendation of the Magistrate Judge (doc. 12) is ADOPTED;

2.      This case is DISMISSED without prejudice;

3.      All pending motions are DENIED as moot, and all pending deadlines are

TERMINATED.

A separate Final Judgment will be entered.

DONE this 3rd day of October, 2025.

_____/s/ Emily C. Marks_____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE